1  MATTHEW A. GARFINKLE (State Bar No. 264730)
   mag@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK JOSEPH KENNEY (State Bar No. 87345)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439

10 Attorneys for Defendant
   BANK OF AMERICA CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POTTER,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; and DOES 1 TO 5,<br><br>Defendants. | Case No. **'14CV0004 DMS RBB**<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[FEDERAL QUESTION]<br><br>Action Filed:   November 25, 2013 |

70000.1655/3039970.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF, PLAINTIFF'S COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Bank of America Corporation ("Defendant") hereby removes the above-captioned action from the Superior Court of the State of California, County of San Diego, to the United States District Court, Southern District of California. Defendant is entitled to removal pursuant to 28 U.S.C. § 1331, based on federal question jurisdiction, as follows:

1. Plaintiff Mark Potter filed a civil action against Defendant in the San Diego County Superior Court on November 25, 2013, entitled *Mark Potter v. Bank of America Corporation*, case number 37-2013-00077124-CU-BT-NC (the "State Court Action"). The Complaint asserts claims against Defendant for: 1) Negligent Violation of Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*); and 2) Knowing and/or Willful Violations of the Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*).

2. This notice of removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a) because the Complaint was served on December 3, 2013. This notice of removal is filed on January 2, 2014, which is 30 days from the first date of service of a copy of the initial Complaint on any defendant.

3. Defendant has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4. Removal to this district is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. The Complaint alleges claims for relief and arises under the

following federal statute: the Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*).

6. Although the Complaint does not allege any claims other than those arising under the Telephone Consumer Protection Act, this Court would have supplemental jurisdiction over all other claims that might have been asserted by Plaintiffs pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

7. Venue in this Court is proper pursuant to 28 U.S.C. § 1441(a) because this is the district that embraces the county in which Plaintiffs filed the State Court Action.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing this notice of removal with this Court, will provide written notice of the removal of this action to Plaintiffs and all counsel, and notice thereof will be filed with the Clerk of the San Diego County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon or by Defendant in the State Court Action, including Summons and Complaint, are attached hereto as **Exhibit 1**.

**WHEREFORE**, Defendant prays that the State Court Action be removed from the state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED: January 2, 2014                SEVERSON & WERSON
                                      A Professional Corporation


                                      By:    /s/Matthew A. Garfinkle
                                             Matthew A. Garfinkle

                                      Attorneys for Defendant BANK OF AMERICA CORPORATION