MATTHEW A. GARFINKLE (State Bar No. 264730)
mag@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POTTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION; and DOES 1 TO 5,<br><br>　　　　Defendants. | Case No. 3:14-cv-00004-DMS-JMA<br>Hon. Dana M. Sabraw<br>Ctrm. 13A – Annex<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　November 25, 2013<br>Removal Date: January 2, 2014<br>Trial Date:　　April 27, 2015 |

70000.1655/3498836.1                                              3:14-cv-00004-DMS-JMA

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  plaintiff MARK POTTER and defendant BANK OF AMERICA CORPORATION,
3  hereby stipulate that this action be dismissed in its entirety <u>with prejudice</u>.
4  DATED: December 10, 2014

By: */s/ Christina Sosa*
Christina Sosa

Attorney for Plaintiff MARK POTTER

DATED: December 10, 2014          SEVERSON & WERSON
A Professional Corporation


By: */s/ Matthew A. Garfinkle*
Matthew A. Garfinkle

Attorneys for Defendant BANK OF AMERICA CORPORATION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Christina Sosa and that I have obtained her authorization to affix her electronic signature to this document.

DATED: December10, 2014          SEVERSON & WERSON
A Professional Corporation

By: */s/ Matthew A. Garfinkle*
Matthew A. Garfinkle

Attorneys for Defendant BANK OF AMERICA CORPORATION

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On December 10, 2014, I served true copies of the following document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action as follows:

| | |
|---|---|
| Christina Sosa, Esq.<br>Potter Handy LLP<br>9845 Erma Rd., Suite 300<br>San Diego, CA  92131 | Attorney for Plaintiff<br>Mark Potter<br><br>Telephone:  (858) 375-7385<br>Facsimile:   (888) 422-5191<br>christina@potterhandy.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2014, at Irvine, California.

*Carla Durkee*
Carla Durkee