UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK POTTER,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION; and DOES 1 TO 5,<br><br>    Defendants. | Case No. 3:14-cv-00004-DMS-JMA<br>Hon. Dana M. Sabraw<br>Ctrm. 13A – Annex<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   November 25, 2013<br>Removal Date: January 2, 2014 |

The Court, having considered the Joint Stipulation for Dismissal with Prejudice filed by the parties, and **GOOD CAUSE APPEARING THEREFOR,**

**IT IS ORDERED** that the above-entitled action is hereby **dismissed** in its entirety **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:  December 11, 2014

_____
HON. DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE